Robert Charles FORD, Appellant,

v.

The STATE of Texas, Appellee.

No. 37452.

Court of Criminal Appeals of Texas.

Dec. 16, 1964.

W. S. Foster, Waco, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

McDONALD, Judge.

The offense is operating a motor vehicle without a taillight; the punishment, a fine of $25.00.

Appellant's conviction resulted from a trial de novo, before a jury, in the County Court at Law of McLennan County, after an appeal from a conviction in Justice of the Peace Court, Precinct No. 1 of McLennan County.

This Court's jurisdiction in appeals in causes originating in the justice court is limited to convictions where the fine assessed in the county court exceeds $100.00. See Art. 53, Vernon's Ann.C.C.P.; Trull v. State, 169 Tex.Cr.R. 357, 334 S.W.2d 180; Williams v. State, 170 Tex.Cr.R. 121, 339 S.W.2d 63; Payne v. State, 170 Tex.Cr.R. 547, 342 S.W.2d 580 and Hoover v. State, Tex.Cr.App., 355 S.W.2d 527.

The appeal is dismissed.